IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PVT, LLC, d/b/a
PIZZA VS. TACOS

PLAINTIFF

v.  CIVIL ACTION NO. 1:20-CV-00135-GHD-DAS

AMGUARD INSURANCE COMPANY and
JOHN DOES 1-3

DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND

Pursuant to an opinion issued this date, the Court hereby ORDERS:

(1) the Plaintiff's Motion to Remand this case to state court [7] is GRANTED;

(2) this cause is hereby REMANDED to the County Court of Lee County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the ___ day of March, 2021.

SENIOR U.S. DISTRICT JUDGE